UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOEL KAPETANAKOS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 11 C 8805 |
| | ) | |
| vs. | ) | Judge Elaine E. Bucklo |
| | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| JOSEPH SPALLONE, Star 433, and | ) | Jury Demand |
| CAROL DOUGHERTY, Star 747, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ATTORNEY'S LIEN

TO: Joseph Spellone                     Carol Dougherty
    Des Plaines Police Department       Des Plaines Police Department
    1418 Miner Street                   1418 Miner Street
    Des Plaines, IL  60016              Des Plaines, IL  60016


CC: Lucy B. Bednarek
    140 South Dearborn Street, 6th Floor
    Chicago, Illinois 60603
    *Counsel for Defendants*

    PLEASE TAKE NOTICE that Jackowiak Law Offices hereby asserts and provides notice of an attorney's lien for legal services rendered to and on behalf of Noel Kapetanakos. Jackowiak Law Offices was retained to represent Noel Kapetanakos in this case. Jackowiak Law Offices has incurred and expended considerable time for legal services incurred on behalf of Noel Kapetanakos, and asserts an attorney's lien for legal services and costs against any payments, distributions or proceeds, whether made by reason of judgment, order, verdict, settlement or otherwise. Jackowiak Law Offices is entitled to payment by reason of its agreement with Noel Kapetanakos by which Noel Kapetanakos agreed to pay for legal services rendered on a contingency fee basis and statutory attorneys' fees.

**CERTIFICATE OF SERVICE**

  I, Lawrence V. Jackowiak, certify that on April 20, 2012, the foregoing Notice of Attorney's Lien was served upon the above-named persons by electronic filing (on counsel) and by certified mail, return receipt requested, and was deposited in the United Stated mail box at 20 North Clark Street, Chicago, Illinois, 60602, with proper postage prepaid.


                /s/ *Lawrence V. Jackowiak*
                Lawrence V. Jackowiak

Lawrence V. Jackowiak
Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, Illinois  60602
(312) 795-9595