UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOEL KAPETANAKOS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 11 C 8805 |
| | ) | |
| vs. | ) | Judge Elaine E. Bucklo |
| | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| JOSEPH SPALLONE, Star 433, and | ) | |
| CAROL DOUGHERTY, Star 747, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION TO WITHDRAW AS COUNSEL

**TO:** Noel Kapetanakos
37 East Thacker Street
Des Plaines, Illinois 60016

Lucy B. Bednarek
140 South Dearborn Street, 6th Floor
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that at 9:30 a.m., on April 27, 2012, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Courtroom 1441 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, and present the accompanying **Motion to Withdraw as Counsel for Plaintiff.**

### CERTIFICATE OF SERVICE

I, Lawrence V. Jackowiak, certify that on Monday April 23, 2012, this notice and the above-described motion were filed through the District Court's CM/ECF automated docketing system and thereby served upon all counsel of record, was deposited in the United Stated mail box at 20 North Clark Street, Chicago, Illinois, 60602, with proper postage prepaid to Plaintiff Noel Kapetanakos, sent by certified mail, return receipt requested, and was sent to Noel Kapetanakos via email at nkapetanakos@gmail.com.

/s/ Lawrence Jackowiak
*Counsel for the Plaintiff*

Lawrence V. Jackowiak
Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595