**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Noel Kapetanakos
                        Plaintiff,

v.                                       Case No.: 1:11–cv–08805
                                             Honorable Elaine E. Bucklo

Joseph Spellone, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 29, 2012:

        MINUTE entry before Honorable Elaine E. Bucklo:Status hearing held on 5/29/2012. Plaintiff appeared for Status. Status hearing continued to 7/13/2012 at 09:30 AM.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.